56 A.3d 392

IN THE MATTER OF MARA YOELSON, AN ATTORNEY AT LAW.

September 6, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–018, concluding that **MARA YOELSON,** of **PRINCETON,** who was admitted to the bar of this State in 1994, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation),and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **MARA YOELSON** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.